# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

## No. 00-30635

_____

## TIMOTHY A. KERSHENSTINE; ET AL.,

**Plaintiffs,**

## TIMOTHY A. KERSHENSTINE; KERSHENSTINE MEDICAL INSTRUMENTS, INC.,

**Plaintiffs - Appellants,**

**versus**

## ROBIN P. MARTIN,

**Defendant - Appellee.**

_____

### Appeal from the United States District Court
### for the Eastern District of Louisiana
### (97-CV-2148-N)

_____

## April 9, 2001

Before GARWOOD, HALL,[1] and BARKSDALE, Circuit Judges.

PER CURIAM:[2]

**AFFIRMED.** See 5TH Cir. R. 47.6.

_____

[1]Circuit Judge of the Ninth Circuit, sitting by designation.

[2]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.